

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-5-2006

# Mest v. Cabot Corp

Precedential or Non-Precedential: Precedential

Docket No. 04-4457

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Mest v. Cabot Corp" (2006). *2006 Decisions.* Paper 805.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/805

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

———

No. 04-4457

———

MERRILL MEST; BETTY MEST; SUE HALLOWELL
(Individually and as Trustee of the Trust);
WAYNE HALLOWELL (Individually and as Trustee of the Trust); SEAN
HALLOWELL; AMBER HALLOWELL a minor, by her next friend and parent, Wayne
Hallowell); THE HALLOWELL FARMS PARTNERSHIP; THE WAYNE Z.
HALLOWELL FAMILY REVOCABLE TRUST,

Appellants,

v.

CABOT CORPORATION;
CABOT PERFORMANCE MATERIALS,

Appellees.

———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No.  01-cv-04943)
District Judge: Honorable Cynthia M. Rufe

———

Argued November 8, 2005
Before: FUENTES GARTH and *ROTH, Circuit Judges.

(Opinion Filed May 31, 2006).

———

**ORDER AMENDING OPINION**

———

Kindly delete from the opinion any and all references to the Appendix or
Supplemental Appendix.

_____

*Judge Roth assumed senior status on May 31, 2006

Also delete the following <u>Mest v. Cabot</u> cites to the underlying opinion of the District Court:

Page 8   (two cites)
Page 13-14
Page 15
Page 20
Page 22 (two cites)


By the Court,


<u>/s/ Julio M. Fuentes</u>
Circuit Judge


Dated: June 5, 2006
DMM/cc: Gary A. Bryant, Esq.
       Michael C. Davis, Esq.
       Peter K. Killough, Esq.
       Neil S. Witkes, Esq.